# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR94 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| **THOMAS WILSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

IT IS ORDERED:

1. The Court has completed the initial review of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 464);

2. Upon initial review, the Court summarily dismisses the Defendant's claims raised in the § 2255 motion; and

3. The Clerk is directed to mail a copy of this judgment to the Defendant at his last-known address.

DATED this 26th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge